FILED
2024 Aug-29 AM 11:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/BKE: SEPT 2024
GJ:# 34

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. |
| ) | |
| JERMAINE LEE WALKER ) | |

## INDICTMENT

### COUNT ONE
*Possession of a Machinegun*
**18 U.S.C. § 922(o)**

The Grand Jury charges that:

On or about March 18, 2024, in Jefferson County, within the Northern District of Alabama, the defendant,

**JERMAINE LEE WALKER**

did knowingly possess a machinegun, that is, a **Glock .40 caliber pistol with a Glock conversion device**, designed and intended solely and exclusively for use in converting a Glock pistol into a machinegun capable of automatically firing more than one shot, without manual reloading, by a single function of the trigger, a violation of Title 18, United States Code, Section 922(o) and 924(a)(2).

### NOTICE OF FORFEITURE
**18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)**

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant

to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offense charged in Count One of this Indictment for violation of 18 U.S.C. § 922(o), the Defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the commission of the offense, including, but not limited to:

1. **Glock .40 caliber pistol with a Glock conversion device**
2. **and any associated magazines and ammunition.**

A TRUE BILL

*/s/electronic signature*
FOREPERSON OF THE GRAND JURY

                                      PRIM F. ESCALONA
                                      United States Attorney

                                      */s/electronic signature*
                                      _____
                                      BENJAMIN A. KEOWN, SR.
                                      Assistant United States Attorney